

**JAMES F.B. DANIELS**
jdaniels@mcdowellrice.com

605 W 47ᵀᴴ Street
Suite 350
Kansas City, MO 64112
(816) 753-5400  FAX (816) 753-9996

Direct Dial:  (816) 960-7307

February 26, 2015

The Honorable Teresa J. James
ksd_james_chambers@ksd.uscourts.gov
U.S. District Court, District of Kansas
500 State Avenue, Suite 208
Kansas City, KS 66101

>  Re:   Digital Ally, Inc. v. Utility Associates, Inc. and Eric McKee
>        Case No. 2:14-cv-02262
>        Results of Conference Between Counsel Regarding Deposition of Ms.
>        Christine Cross and Motions Relating to it [Docs. 76, 77, 79, 80 and 81]

Dear Judge James:

 1. As suggested during today's telephonic hearing/conference regarding the proposed deposition of Ms. Christine Cross, Steve Schaetzel, counsel for Utility, and I have conferred in an attempt to resolve our disagreements.

 2. Unfortunately, Eric McKee, who is acting pro se, did not join the call, perhaps for want of adequate notice.

 3. Because of scheduling conflicts, Steve and I were unable to resolve the issue of Ms. Cross's deposition.  Steve is completely unavailable tomorrow and I am unavailable on Monday, March 2 and Tuesday, March 3, 2015, the dates which he suggested as alternatives.

 4. We did agree to consider a Protective Order between our respective clients and will begin that process by reviewing the Protective Order into which each has already entered, in the context of the Inter Partes Review now pending before the USPTO.

 5. Based upon your Honor's earlier direction, Ms. Cross's deposition will not in fact proceed tomorrow, February 27, 2015.

 6. All counsel appreciate your Honor's courtesies and the prompt attention which you were able to give to this matter, as well as your offer to consider it further.

5110706_1

The Honorable Teresa J. James
February 26, 2015
Page 2

      7.     As matters stand, there is no need to trouble the Court, and Digital and Utility, at least, are content with your Honor's rulings.

     Again, many thanks to your Honor.

                                  Respectfully yours,

                                  McDOWELL RICE SMITH & BUCHANAN
                                  *A professional corporation*

                                James F.B. Daniels

JFBD/dmm

cc:     Steven Schaetzel
       David Moreland
       John Garretson
       Michael Cargnel
       Eric McKee