# **EXHIBIT D**

| | |
|---|---|
| **From:** | Steve Schaetzel |
| **Sent:** | Thursday, May 28, 2015 9:15 AM |
| **To:** | James F.B. Daniels |
| **Cc:** | Tricia Alley |
| **Subject:** | RE: Protective Order |

Mr. Daniels,

We have received the below.  We will wait to hear from you on comments from Digital's patent counsel before responding.

Best regards,
Steve Schaetzel


**Steve Schaetzel | Principal**

Meunier Carlin & Curfman, LLC
999 Peachtree Street, NE, Suite 1300│Atlanta, GA 30309
O: 404-645-7700 │F: 404-645-7707 │D: 404-645-7724
E: sschaetzel@mcciplaw.com │ www.mcciplaw.com

---

**From:** Diane M. Muren [mailto:dmuren@mcdowellrice.com] **On Behalf Of** James F.B. Daniels
**Sent:** Wednesday, May 27, 2015 4:54 PM
**To:** Steve Schaetzel
**Subject:** Protective Order

Steve,

    1.    I have enclosed our preliminary redline of your draft Stipulation and Protective Order.

    2.    I say "preliminary" because Digital's patent counsel have yet to offer their own comments and nothing can be finalized until they do.


James F.B. Daniels, Esq.
**McDowell, Rice, Smith & Buchanan, P.C.**
605 W. 47th Street, Suite 350
Kansas City, MO 64112
jdaniels@mcdowellrice.com
Direct Dial: (816) 960-7307
Telephone: (816) 753-5400
Facsimile: (816) 753-9996