# EXHIBIT E



**MEUNIER CARLIN & CURFMAN LLC**

INTELLECTUAL PROPERTY LAW

**Stephen M. Schaetzel**
Direct 404.645.7724
sschaetzel@mcciplaw.com

August 10, 2015

***VIA EMAIL and OVERNIGHT DELIVERY***

Michael J. Gorman
McDowell Rice Smith & Buchanan
605 W 47th Street, Suite 350
Kansas City, MO 64112

Re:     *Digital Ally, Inc. v. Utility Associates, Inc. and Eric Mckee*; Civil
Action No. 2:14-cv-02262-CM-KMH; United States District Court
for the District of Kansas

Dear Mr. Gorman:

We respond to your July 30, 2015 letter.

With reference to the production of documents, we confirm that Utility Associates, Inc. is today producing documents, under separate cover via overnight delivery. This production initiates a rolling production, which is necessitated primarily by Digital Ally's delay in processing of a Protective Order. Please see Mr. Daniel's email correspondence of May 27, 2015, indicating that Digital's "redline" version of the draft provided by Utility was merely "preliminary" because Digital's patent attorneys have yet to offer their comments and "nothing can be finalized until they do." Please advise as to when we might expect to hear from Digital's patent attorneys regarding the protective order.

With reference to Rule 26 disclosures, please recall that Digital already had certain responsive documents. For example, please see Digital's Preliminary Injunction Exhibits 11-13 and Digital's Preliminary Injunction Exhibit 25. Regardless, additional non-confidential documents relating thereto are being produced today. More particularly, Utility is today producing documents at Bates Nos. UTILITY00189 – UTILITY01573.

Sincerely,

Stephen M. Schaetzel

SMS:tla
10496-008LIT