## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

DIGITAL ALLY, INC.,                )
a Nevada corporation,              )
                                   )
        Plaintiff,                 )
                                   )
vs.                                )        Case No.  2:14-cv-02262-CM-GEB
                                   )
UTILITY ASSOCIATES, INC.           )
a Delaware corporation,            )
                                   )
        Defendant.                 )
_____   )

## DEFENDANT'S REPLY TO PLAINTIFF'S MOTION TO COMPEL
## DISCLOSURE OF INSURANCE POLICIES AND FOR SANCTIONS

**COMES NOW** Defendant Utility Associates, Inc. and hereby states the

parties have conferred and reached an agreement both addressing and resolving

Digital Ally's motion to compel and motion for sanctions (Dkt. No. 117).  Pursuant

thereto, Utility understands that:

a) Upon the Court's entry of and pursuant to an agreed upon Protective
   Order, Utility shall produce copies of its insurance policies; and

b) Digital shall file on August 28, 2015 a notice with the Court withdrawing
   its motion to compel and motion for sanctions.

In view thereof, Utility refrains at this time from submitting a substantive

response to Digital's motion inasmuch as Utility understands that all issues related

1

thereto are resolved.  Utility reserves, however, the opportunity to file a substantive response should it become necessary or otherwise appropriate.

Dated:  August 27, 2015

Respectfully submitted,

_____/s/ Stephen M. Schaetszel_____
Stephen M. Schaetzel *(pro hac vice)*
sschaetzel@mcciplaw.com
David S. Moreland *(pro hac vice)*
dmoreland@mcciplaw.com
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street, Suite 1300
Atlanta, Georgia 30309
T: 404-645-7724
F: 404-645-7707

_____/s/ Dan C. Sanders_____
Dan C. Sanders
(D. Kansas Reg. No. 17467)
MONACO, SANDERS, RACINE, &
POWELL, L.L.C.
8700 State Line Road, Suite 110
Leawood, Kansas 66206
Main: (816) 523-2400
Fax: (816) 942-0006
dsanders@kcattorneys.net

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DISCLOSURE OF INSURANCE POLICIES AND FOR SANCTIONS was filed with the Clerk of Court using the CM/ECF systems this 27th day of August, 2015, which will automatically send email notifications of such filing to all attorneys of record:

Dated:  August 27, 2015

                              /s/ Dan C. Sanders

                          Dan C. Sanders
                          (D. Kansas Reg. No. 17467)
                          MONACO, SANDERS, RACINE, & POWELL, L.L.C.
                          8700 State Line Road, Suite 110
                          Leawood, Kansas 66206
                          Main: (816) 523-2400
                          Fax: (816) 942-0006
                          dsanders@kcattorneys.net