IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| DIGITAL ALLY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:14-cv-02262 |
| | ) |
| UTILITY ASSOCIATES, INC. | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF DIGITAL ALLY, INC.'S WITHDRAWAL OF ITS MOTION TO COMPEL DISCLOSURE OF INSURANCE POLICIES AND FOR SANCTIONS (DOC. 117)**

Plaintiff Digital Ally, Inc. ("Digital") hereby withdraws its Motion to Compel Defendant Utility Associates, Inc. (the "Motion") to disclose Insurance Policies and for Sanctions (Doc. 117), based upon an assurance from counsel for Utility Associates, Inc. ("Utility") that the documents at issue will be produced. Digital also withdraws its request for sanctions against Utility in connection with the Motion. Digital reserves the right to renew the motion under appropriate circumstances.

McDOWELL RICE SMITH & BUCHANAN

*/s/ James F.B. Daniels*
James F.B. Daniels, KS Fed #70468
Michael J. Gorman, KS Fed #70249
605 W. 47th Street, Suite 350
Kansas City, MO 64112
(816) 753-5400 telephone
(816) 753-9996 telecopier
jdaniels@mcdowellrice.com
hmarshall@mcdowellrice.com
mgorman@mcdowellrice.com

ATTORNEYS FOR PLAINTIFF

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing was served on this 28th day of August, 2015 upon all persons requesting electronic notification, by filing it with the Court using the CM/ECF system.

                                          /s/ *James F.B. Daniels*